**ORION IP, LLC, Plaintiff–Appellee,**

v.

**HYUNDAI MOTOR AMERICA,**
**Defendant–Appellee,**

v.

**Jonathan Lee Riches, Movant–**
**Appellant.**

**No. 2012–1432.**

United States Court of Appeals,
Federal Circuit.

June 21, 2012.

**ORDER**

Jonathan Lee Riches appeals the United States District Court for the Eastern District of Texas's denial of his motion to intervene in case no. 05–CV–0322.

In denying Riches's motion to intervene, the district court noted that "Riches is a federal prisoner who has moved to intervene in other suits. . . . Riches present[s] no evidence or reasoning for why [he has] an interest in this closed case." The court further observed that "Riches is well known to courts throughout the country and has been sanctioned by other courts." The court chose to enforced the sanctions imposed by the Eastern District of Kentucky in *In re Air Crash at Lexington, Kentucky on August 27, 2006,* 2009 WL 1870857 (E.D.Ky. June 25, 2009), and enjoined Riches "from submitting for filing any document(s), pleading(s), or letter(s) . . . in any case to which Jonathan Lee

Riches is not a named party" absent specific additional submissions.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) Riches is directed to show cause within 60 days of the date of this order as to why the district court's ruling should not be summarily affirmed. Orion IP, LLC, and Hyundai Motor America may also respond.

(2) The briefing schedule is stayed.